NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANUEL LAZARO,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3190

---

Petition for review of the Merit Systems Protection Board in case no. AT3330101005-I-1.

---

## ON MOTION

---

## ORDER

Manuel Lazaro moves for various relief, including damages and to have his case investigated by the Office of Special Counsel.

Arguments concerning the merits of his petition should be included in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

__AUG 2 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Manuel Lazaro
     Douglas G. Edelschick, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 5 2011

JAN HORBALY
CLERK